# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2005

128461

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KEVIN GOODROW,
　　　　Plaintiff-Appellant,

v

DELPHI AUTOMOTIVE SYSTEMS
CORPORATION,
　　　　Defendant-Appellee.

SC: 128461
COA: 258342
WCAC: 03-000216

_____/

　　　　On order of the Court, the application for leave to appeal the March 4, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　CAVANAGH and KELLY, JJ., would grant leave to appeal.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2005

_____

Clerk

t1006